MAY 28, 1964

No. 68590.—APPEAL 5126.—United States (Lansen-Naeve Corp., a/c Albert Klingelhofer, Party in Interest) *v.* Simonds Saw & Steel Company.— C.D. 2333 reversed January 23, 1964. C.A.D. 834.

No. 68591.—APPEAL 5129.—Bird Machine Company *v.* United States.— C.D. 2363 affirmed January 23, 1964. C.A.D. 835.